1006

**MICHIGAN BUMPER CORPORATION and Michigan Bumper Corporation's Creditors' Committee, Appellants, v. CREDITORS OF WOLVERINE BUMPER AND SPECIALTY COMPANY, Appellees.**

No. 8300.

Circuit Court of Appeals, Sixth Circuit.

Oct. 10, 1939.

Warner, Norcross & Judd, of Grand Rapids, Mich., Milburn & Semmes, of Detroit, Mich., and Joseph Shulsky, of Grand Rapids, Mich., for appellants.

Fred P. Geib, of Grand Rapids, Mich., for appellees.

Before HICKS, SIMONS, and ARANT, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript, briefs and argument of counsel, and it appearing that there is no reversible error on the record, it is therefore ordered, adjudged and decreed that the order entered on January 31, 1939, and herein appealed from; be and the same is in all things affirmed.

**M. B. MORGAN et al., Appellants, v. Ed BLIEDEN, Trustee in Bankruptcy, etc.**

No. 11477.

Circuit Court of Appeals, Eighth Circuit.

July 8, 1939.

Carl F. Jaggers and P. A. Lasley, both of Little Rock, Ark., Neill C. Marsh, Sr., of El Dorado, Ark., and Curtis E. Garner, of Memphis, Tenn., for appellants.

D. D. Panich, of Little Rock, Ark., and Arthur L. Adams, of Jonesboro, Ark., for appellee.

PER CURIAM.

Appeal dismissed as to appellants, Mrs. E. C. Morgan, S. R. Morgan and E. H. Coulter only, without costs to either party in this court, on motion of appellee, and stipulation of parties.

**NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, Connecticut, et al., Appellants, v. Jacob WAYNE et al.**

No. 11541.

Circuit Court of Appeals, Eighth Circuit.

July 24, 1939.

Alvin C. Trippe, Milton V. Thompson, and Hale Houts, all of Kansas City, Mo., for appellants.

C. B. DuBois, of Grant City, Mo., for appellee.

PER CURIAM.

Appeal dismissed at costs of appellants, but without taxation of attorney's docket fee in favor of appellee, on motion of appellants.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. BLUFF CITY LIME AND CEMENT COMPANY.**

No. 430 Orig.

Circuit Court of Appeals, Eighth Circuit.

April 7, 1939.

Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Green, Verlie & Hoagland, of Alton, Ill., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement of order of Labor Board.